**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| **Andrew Gorsche,** | Case No. 4:17-cv-00279-SMR-CFB |
| Plaintiff, | |
| v. | **Joint Stipulation of Dismissal With Prejudice** |
| **Wells Fargo Bank, N.A.,** | |
| Defendant. | |

COME NOW the parties and hereby stipulate to dismiss the above-named case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have resolved this matter, and this stipulated dismissal shall constitute the closing document, as set forth in the Court's Order dated November 8, 2017, Docket Entry 18. The parties have agreed that each party is responsible for bearing its own costs and attorney fees.

Dated: January 3, 2018.

| | |
|---|---|
| **Knoploh Law Firm** | **Faegre Baker Daniels LLP** |
| /s/ Sheila Knoploh-Odole | /s/ Susan P. Elgin |
| Sheila Knoploh-Odole | Michael A. Giudicessi |
| *sknodole@hotmail.com* | *michael.giudicessi@faegrebd.com* |
| 2518 Kenway Drive | Susan P. Elgin |
| Des Moines, IA 50310 | *susan.elgin@faegrebd.com* |
| Telephone: (515) 339-7939 | 801 Grand Avenue, 33rd Floor |
| Facsimile: (877) 580-1921 | Des Moines, Iowa 50309-8003 |
| | Telephone: (515) 248-9000 |
| **Attorney for Plaintiff** | Facsimile: (515) 248-9010 |
| | **Attorneys for Defendant Wells Fargo Bank, N.A.** |

**Certificate of Service**

  The undersigned hereby certifies that a true copy of **Joint Stipulation of Dismissal With Prejudice** was served upon one of the attorneys of record for each party to the above-entitled cause by U.S. Mail to each attorney of record at her last known address as shown below, on the 3rd day of January, 2018.

                     /s/ Trisha Richey

Original filed
Copy to:

Sheila Knoploh-Odole
 *sknodole@hotmail.com*

*Attorney for Plaintiff*

US.115396236.01